AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>MAURITZIO THORNWALL,<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 24-mj-00059-MEH |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MAURITZIO THORNWALL,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

  Count 1:  Possession of a Firearm/Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Date: 03/26/2024

*Issuing officer's signature*

City and state:   Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*