# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2024 APR -1 AM 11:03
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 24-mj-00059-MEH |
| MAURITZIO THORNWALL, | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  MAURITZIO THORNWALL                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession of a Firearm/Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Date: 03/26/2024

*Issuing officer's signature*

City and state: Denver, CO

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/26/2024, and the person was arrested on *(date)* 3/28/2024
at *(city and state)* Denver, Colorado.

Date: 3/28/24

*Arresting officer's signature*

Cassr Longnecker TFO
*Printed name and title*